# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12675

_____

KINSALE INSURANCE COMPANY,

                                        Plaintiff-Counter Defendant
                                                  Appellee,

*versus*

PRIDE OF ST. LUCIE LODGE 1189, INC.,
TEAIRA NICOLE REED,

                                        Defendants-Counter Claimants
                                                  Appellants,

MOUNT VERNON FIRE INSURANCE COMPANY,

                                                           Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:21-cv-14053-KMM

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 18, 2025

For the Court: DAVID J. SMITH, Clerk of Court