IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-12675

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | : |
| Plaintiff/Appellee, | : |
| vs. | : |
| PRIDE OF ST. LUCIE LODGE 1189, INC., et al., | : |
| | : |
| Defendant/Appellants. | : |
| _____ | : |

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Kinsale Insurance Company v. Pride of St. Lucie etc., et al.
Case No. 2:21-cv-14053-KMM

REED'S RESPONSE IN OPPOSITION TO THE
FLORIDA JUSTICE REFORM INSTITUTE AND THE
AMERICAN PROPERTY CASUALTY INSURERS ASSOCIATION
MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS
IN SUPPORT OF THE PETITION FOR REHEARING

James C. Blecke
Counsel for Reed
The Haggard Law Firm
330 Alhambra Circle, First Floor
Coral Gables, Florida 33134
Telephone (305) 446-5700
Facsimile (305) 446-1154
jcb@haggardlawfirm.com

# CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| American Prop. Cas. Ins. Ass'n. | Proposed Amicus Curiae |
| Bahadoran, Sina | Counsel for Kinsale Insurance |
| Blecke, James C. | Counsel for Teaira Nicole Reed |
| Christ, Matthew T. | Counsel for Pride of St. Lucie Lodge |
| Clyde & Co US LLP | Counsel for Kinsale Insurance |
| Colodny Fass | Counsel for APCIA |
| Cunningham, Fred A. | Counsel for Pride of St. Lucie Lodge |
| Domnick Cunningham & Raffa | Counsel for Pride of St. Lucie Lodge |
| Florida Justice Reform Institute | Proposed Amius Curiae |
| Guedes, Edward G. | Counsel for Kinsale Insurance |
| Haggard, Michael A. | Counsel for Teaira Nicole Reed |
| Holland & Knight LLP | Counsel for Florida Justice Reform Institute |
| Kinsale Insurance Company | Plaintiff |
| Moore, Hon. K. Michael | U.S. District Court Judge |
| Podhurst Orseck, P.A. | Counsel for Pride of St. Lucie Lodge |
| Pride of St. Lucie Lodge 1189, Inc. | Defendant/Counterclaimant |
| Reed, Teaira Nicole, as Personal Representative of the Estate of Tanya Renee Oliver | Defendant/Counterclaimant |

| | |
|---|---|
| Rosenthal, Stephen F. | Counsel for Pride of St. Lucie Lodge |
| The Haggard Law Firm, P.A. | Counsel for Teaira Nicole Reed |
| Warren, Aaron | Counsel for Kinsale Insurance |
| Weiss Serota Helfman, et al., P.L. | Counsel for Kinsale Insurance |

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-12675

KINSALE INSURANCE COMPANY, :

   Plaintiff/Appellee, :

vs. :

PRIDE OF ST. LUCIE LODGE 1189, :
INC., et al.,

                                :

   Defendant/Appellants.

_____ :

## RESPONSE

The motions for *amicus curiae* intervention (DE 67, 69) should be denied for several reasons. First, the totality of the circumstances case law controls. This has been fully briefed and argued by the parties – and decided by this Court in its April 18, 2025, decision (DE 61). Second, the motions seek an advisory opinion on how HB 837, the admittedly inapplicable 2023 legislation, should be interpreted in the future, a purely abstract issue irrelevant to the issues raised in this appeal and decided by this Court. This appeal was decided on its case specific facts.

Kinsale served its Answer Brief on January 31, 2023 (DE 32) without special interest non-party *amicus curiae* intervention. The Appellants' Initial and Reply Briefs (DE 23, 25, 33, 39) were likewise served without special interest non-party *amicus curiae* intervention. The APCIA's January 12, 2024, motion to appear

as an *amicus curiae* (DE 57) in support of Kinsale's then pending motion for certification was denied as untimely and unnecessary (DE 61, p 28). The current motions to appear as *amici curiae* are similarly unnecessary.

The only thing noteworthy in either motion is the Florida Justice Reform Institute concession (DE 67, p 23, n. 3) that *American Builders Insurance Company v. Southern-Owners Insurance Company*, 71 F.4th 847 (11th Cir. 2023), applies the "totality of the circumstances" standard in so-called "*Powell*" cases – an Eleventh Circuit precedent cited appropriately in this Court's decision (DE 61, p 26).

## CONCLUSION

The motions for *amicus curiae* intervention should be denied.

By: s/ James C. Blecke
    James C. Blecke
    Counsel for Reed
    The Haggard Law Firm
    330 Alhambra Circle
    Coral Gables, Florida 33134
    jcb@haggardlawfirm.com

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY compliance with type-volume limitations. This response is prepared in Word, Times New Roman 14 point type; and contains 248 lines of text and 987 words.

By s/ James C. Blecke
    James C. Blecke

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: s/ James C. Blecke
            James C. Blecke
            Counsel for Reed
            The Haggard Law Firm
            330 Alhambra Circle
            Coral Gables, Florida 33134
            Telephone (305) 446-5700
            Facsimile (305) 446-1154
            jcb@haggardlawfirm.com

SERVICE LIST

KINSALE INSURANCE COMPANY v. PRIDE OF ST. LUCIE, et al.
CASE NO. 22-12675-A

Fred A. Cunningham, Esq.
Matthew T. Christ, Esq.
Domnick Cunningham & Whalen
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Phone: (561) 625-6260
*Counsel for Defendant/Counter-Plaintiff, Pride of St. Lucie Lodge 1189, Inc.*

Stephen F. Rosenthal, Esq.
Podhurst Orseck, P.A.
One S.E. 3d Avenue Suite 2300
Miami, FL 33131
Phone (305) 358-2800
*Counsel for Defendant/Counter-Plaintiff, Pride of St. Lucie Lodge 1189, Inc.*

Sina Bahadoran, Esq.
Aaron Warren, Esq.
Clyde & Co US LLP
1221 Brickell Avenue Suite 1600
Miami, FL 33131
Phone: 305.446.2646
*Counsel for Plaintiff/Counter-Defendant, Kinsale Insurance Company*

Edward G. Guedes, Esq.
Jeremy S. Rosner, Esq.
Weiss Serota Helfman, et al., P.L.
2800 Ponce de Leon Blvd. Suite 1200
Coral Gables, Florida 33134
*Counsel for Plaintiff/Counter-Defendant, Kinsale Insurance Company*

Maria Elena Abate, Esq.
Colodny Fass
1401 N.W. 136th Avenue, Suite 200
Sunrise, Florida 33323
*Counsel for Amicus Curiae, APCIA*

L. Michael Billmeier, Jr., Esq.
Colodny Fass
119 East Park Avenue
Tallahassee, Florida 32301
*Counsel for Amicus Curiae, APCIA*

Tiffany A. Roddenberry, Esq.
Holland & Knight LLP
315 S. Calhoun Street, Suite 600
Tallahassee, FL 32301
*Counsel for Amicus Curiae, Florida Justice Reform Institute*